IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOHN MOSLEY, JR.,<br><br>  Plaintiff,<br>vs.<br><br>CAC FINANCIAL CORP.,<br><br>  Defendant. | NO. 9:21-CV-00094 |

## ORDER ACCEPTING PLAINTIFF'S VOLUNRARY DISMISSAL

This case is assigned to the Hon. Ron Clark, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pretrial management. Pending before the court is Plaintiff John Mosley Jr.'s "Notice of Voluntary Dismissal," requesting that the court dismiss with prejudice all claims against Defendant CAC Financial Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. No. 5.

Plaintiff's motion is **GRANTED**. All claims against the Defendant are to be dismissed with prejudice. The Clerk of the Court is directed to close this case.

**SIGNED** this the 7 day of **September, 2021.**

_____
Thad Heartfield
United States District Judge